UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAYLA JEFFERSON-JAMES, § <br> § <br> Plaintiff(s), § <br> § <br> v. § <br> § <br> RADIUS GLOBAL SOLUTIONS, § <br> § <br> Defendant. § <br> § | Case No. 6:24-cv-00507 |

## DEFENDANT, RADIUS GLOBAL SOLUTIONS, LLC'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant, Radius Global Solutions, LLC ("RGS"), incorrectly identified as Radius Global Solutions, submits this Answer and Affirmative Defenses to the Complaint filed by Plaintiff, Shayla Jefferson-James ("Plaintiff"), and states:

### INTRODUCTION

1.   RGS admits that Plaintiff purports to bring this action under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*, but denies any and all violations, liability and/or damages to the extent alleged in ¶ 1.

### JURISDICTION AND VENUE

2.   RGS denies the allegations in ¶ 2 as calling for a legal conclusion.

### PARTIES

3.   RGS admits Plaintiff is a natural person but otherwise denies the allegations in ¶ 3 as calling for a legal conclusion.

4. RGS admits that it has an office located Minnesota and a registered agent for service located in Louisiana. Except as specifically admitted, RGS denies the allegations in ¶ 4 as calling for a legal conclusion.

5. RGS denies the allegations in ¶ 5 as calling for a legal conclusion.

## FACTUAL ALLEGATION

### Existence of a Consumer Report

6. RGS denies the allegations in ¶ 6 for lack of knowledge or information sufficient to form a belief therein.

7. RGS denies the allegations in ¶ 7as calling for a legal conclusion.

### Defendant's Access to the Consumer Report

8. RGS denies the allegations in ¶ 8.

9. RGS admits only that it lawfully accessed Plaintiff's credit report from TransUnion.

### Lack of Permissible Statutory Purpose

10. RGS denies the allegations in ¶ 10.

11. RGS denies the allegations in ¶ 11.

12. RGS denies the allegations in ¶ 12.

13. RGS denies Plaintiff was required to give consent for RGS to lawfully access her credit report and thus denies the allegations in ¶ 13.

### Requisite Mental State (Willfulness)

14. RGS is aware of its obligations under the FCRA but denies any violations as asserted in ¶ 14.

15. RGS denies the allegations in ¶ 15.

16. RGS denies the allegations in ¶ 16.

17. RGS denies the allegations in ¶ 17.

18. RGS denies the allegations in ¶ 18.

19. RGS denies the allegations in ¶ 19.

20. RGS denies the allegations in ¶ 20.

21. RGS denies the allegations in ¶ 21.

22. RGS denies the allegations in ¶ 22.

23. RGS denies the allegations in ¶ 23.

24. RGS denies the allegations in ¶ 24.

25. RGS denies the allegations in ¶ 25.

## **COUNT I [ALLEGED] VIOLATOIN OF THE FAIR CREDIT REPORTING ACT**

## **15 U.S.C. § 1681b(f) DEFENDANT RADIUS GLOBAL SOLUTIONS**

26. RGS reasserts the foregoing as if fully stated herein.

27. RGS denies the allegations in ¶ 27 for lack of knowledge or information sufficient to form a belief therein.

28. RGS admits only that it lawfully accessed the referenced credit report.

29. RGS denies the allegations in ¶ 29.

30. RGS denies the allegations in ¶ 30 as stated.

31. RGS denies the allegations in ¶ 31.

32. RGS is aware of its obligations under the FCRA but denies any violations as asserted in ¶ 32.

33. RGS denies the allegations in ¶ 33.

34. RGS denies the allegations in ¶ 34.

35. RGS denies the allegations in ¶ 35.

### VI.  JURY DEMAND AND PRAPER [sic] FOR RELIEF

RGS denies that plaintiff is entitled to the relief sought or to any relief whatsoever and in further Answer to the Complaint respectfully avers:

### AFFIRMATIVE DEFENSES

1. To the extent that any violations are established, any such violations were not intentional and resulted from bona fide error notwithstanding the maintenance of procedures reasonably adopted and specifically intended to avoid any such error.

2. Plaintiff has suffered no actual damages or injury in fact and lacks standing to prosecute this action against RGS.

3. Plaintiff failed to mitigate her damages or take other reasonable steps to avoid or reduce her damages.

4. Any harm suffered by plaintiff was legally and proximately caused by persons or entities other than RGS and was beyond the control or supervision of RGS or for whom RGS was and is not responsible or liable.

WHEREFORE, Defendant, Radius Global Solutions, LLC respectfully requests the Court dismiss this action with prejudice and grant it any other relief that the Court deems appropriate.

Date: May 29, 2024                                          Respectfully Submitted,

                                                                          */s/ Bradley J. St. Angelo*

                Bradley J. St. Angelo, Esq. (#36948)
                Sessions, Israel & Shartle
                Lakeway Three, Suite 2800
                3838 North Causeway Boulevard
                Metairie, LA  70002-7227
                Telephone: (504) 846-7905
                Facsimile:  (504) 828-3737
                Email: bstangelo@sessions.legal

                *Counsel for Defendant,*
                *Radius Global Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2024, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Western District of Louisiana, and served on all parties and counsel of record via CM/ECF. A filed copy was also forwarded to Plaintiff via email to:

      Shayla Jefferson-James
      314 Alameda Street
      New Iberia, LA 70563
      Email:  srjjames2002@gmail.com

                */s/ Bradley J. St. Angelo*
                Bradley J. St. Angelo Esq.